People v Warner (2020 NY Slip Op 51149(U))

[*1]

People v Warner (Devin)

2020 NY Slip Op 51149(U) [69 Misc 3d 129(A)]

Decided on October 2, 2020

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on October 2, 2020
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Edmead, P.J., Cooper, Higgitt, JJ.

&em;

The People of the State of New York,
Respondent, 
against
Devin Warner, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New
York County (Richard D. Carruthers, J.), rendered November 3, 2015, convicting him, upon his
plea of guilty, of theft of services, and imposing sentence.

Per Curiam.
Judgment of conviction (Richard D. Carruthers, J.), rendered November 3, 2015, reversed,
on the law, the accusatory instrument dismissed, and surcharge, if paid, remitted. 
As the People concede, defendant's conviction must be vacated since the plea record lacks
the requisite "affirmative showing" that defendant understood and waived his Boykin
rights (see Boykin v Alabama, 395 US 238 [1969]). The People also agree that dismissal
of the accusatory instrument is the appropriate corrective action in this particular case (cf.
People v Conceicao, 26 NY3d 375, 385 n [2015]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: October 2, 2020